UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TOMMY DEAN PROFFITT, JR.,<br>    Petitioner,<br><br>v.<br><br>DOUG DRETKE, DIRECTOR,<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE –<br>INSTITUTIONAL DIVISION,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. C-05-186 |

## FINAL JUDGMENT

The Court enters final judgment dismissing petitioner's application for writ of habeas corpus under 28 U.S.C. § 2254.

ORDERED this <u>18th</u> day of <u>December</u>, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE